UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:19-CR-095 |
| | ) |
| COURTNEY JEAN SNEED | ) |
| WILLIE JUSTIN TILSON | ) |

**MEMORANDUM AND ORDER**

Now before the Court is the motion to continue trial filed by defendant Willie Justin Tilson. [Doc. 22]. The defendant states that the parties are engaged in plea negotiations but need additional time due to novel sentencing guideline issues. Defendant Tilson requests an unspecified continuance and advises the Court that neither his codefendant nor the prosecution oppose the requested relief.

The Court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The motion [doc. 22] is **GRANTED**. Trial is **CONTINUED** from December 10, 2019, to **Tuesday, March 24, 2020, at 9:00 a.m.** <u>Trial will take place **in Knoxville**</u>. The new plea cutoff date is March 6, 2020.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge